IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
MAY 18 2017
Clerk, U S District Court
District Of Montana
Missoula

CV 17–34–M–DWM

In the Matter of the Tax Indebtedness
of DANIEL T. JOHNSON

NOTICE AND ORDER TO SHOW CAUSE

You, Daniel T. Johnson, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 943 North Canyon Drive, Seeley Lake, Montana 59868, with the legal description of:

S01, T16 N, R 15 W, C.O.S. 103, PARCEL 4, IN NE4.

The levy will allow the Internal Revenue Service to sell your interest to satisfy part or all of your unpaid tax liabilities for the taxable years ending December 31, 2006; December 31, 2008; December 31, 2009; December 31, 2010; December 31, 2011; and December 31, 2012, plus interest and penalties according to law.

The Court has examined the Petition of the United States and accompanying

Declaration, and IT IS ORDERED that you have 60 days from the date of this Order to file with the Clerk of the Court a written **OBJECTION TO PETITION**. Any written objection should demonstrate either that:

    A.    Your liability has been fully satisfied; or

    B.    You have other assets from which the unpaid tax liabilities can be fully satsified; or

    C.    Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

IT IS FURTHER ORDERED that if you file a written objection with the Clerk of the Court, the Court will hold a hearing to consider your objections, at which you must appear, and which will be scheduled when you file your objection. The United States shall be able to file a written response to your objection no later than 21 days before such a hearing.

IT IS FURTHER ORDERED that, in addition to filing your objection with the Clerk of Court, you must also mail a copy to the attorney for the United States, Alex Halverson, U.S. Department of Justice, Tax Division, Western Region, P.O. Box 683, Washington, D.C. 20044, on or before the filing date.

**If you do not file an OBJECTION TO PETITION within 60 days of the date of this Order, or if you file an OBJECTION TO PETITION but fail to**

appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 943 North Canyon Drive, Seeley Lake, Montana 59868.

IT IS FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Daniel T. Johnson within seven (7) days of the date of this Order, by the United States Marshal or any deputy United States Marshal, any Revenue Officer of the Internal Revenue Service, or an individual authorized to serve process under the Federal Rules, by delivering a copy in hand to DANIEL T. JOHNSON or by leaving a copy at Daniel T. John's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Federal Rule of Civil Procedure 4(c)(1).

DATED this 19th day of May, 2017.

8:26 A.M

Donald W. Molloy, District Judge
United States District Court