IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



CV 17–34–M–DWM

| In the Matter of the Tax Indebtedness of DANIEL T. JOHNSON | ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE |
|---|---|

The United States of America requests a final order allowing the Internal Revenue Service ("IRS") to levy upon Daniel Johnson's principal residence located at 943 North Canyon Drive, Seeley Lake, Montana 59868 to satisfy Mr. Johnson's unpaid tax assessments. (Doc. 4.) On May 18, 2017, this Court issued a Notice and Order to Show Cause providing Mr. Johnson 60 days to file a written Objection to Petition if he objected to the imposition of the IRS Levy. (Doc. 2.) Mr. Johnson was served with that Order on May 24, 2017, (Doc. 3), and the 60-day period has now expired. Accordingly,

IT IS ORDERED that, pursuant to the Internal Revenue Code § 6334, the Petition for Judicial Approval of Levy Upon Principal Residence is GRANTED.

The IRS may levy upon Daniel T. Johnson's interest in the property located at 943 North Canyon Drive, Seeley Lake, Montana 59868 with the legal description of:

S01, T16 N, R15 W, C.O.S. 103, Parcel 4, IN NE4

to satisfy part or all of Daniel T. Johnson's unpaid tax liabilities for the taxable years 2006, 2008, 2009, 2010, 2011, and 2012, which may be executed by any authorized officer of the IRS.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to:

>Alex R. Halverson
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C. 20044

and

>Daniel T. Johnson
>943 North Canyon Drive
>Seeley Lake, Montana 59868

DATED this 30th day of August, 2017.

Donald W. Molloy, District Judge
United States District Court