IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| In the Matter of the Tax Indebtedness of DANIEL T. JOHNSON | CV 17–34–M–DWM<br><br>ORDER |

Pursuant to the Status Report filed January 19, 2018, by the United States, (Doc. 8), and there being no further matters which require the attention of this Court, *see* 26 U.S.C. § 7403, IT IS ORDERED that the Clerk of Court is directed to close the case file.

DATED this 22nd day of January, 2018.

Donald W. Molloy, District Judge
United States District Court